# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SYLVIA Z., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | No. ED CV 19-14-PLA <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: October 22, 2019

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE